## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

**CIVIL ACTION NO. 23-135-DLB-CJS**

**JOSEPH JOHN OKA**                                                                                                  **PLAINTIFF**

**v.**                                                **<u>ORDER</u>**

**UNITED AIRLINES, INC., et al.**                                                      **DEFENDANTS**

                                                            **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the parties' Joint Motion to Transfer. (Doc. # 21). Having considered the Motion, and being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1) Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the Joint Motion to Transfer (Doc. # 21) is **GRANTED;**

(2) Defendant United Airlines, Inc.'s pending Motion to Dismiss, or in the Alternative, Transfer Venue (Doc. # 18) is **DENIED AS MOOT;**

(3) The Clerk of the Court shall **transfer** this case to the **United States District Court for the Northen District of Illinois, Eastern Division;** and

(4) This case is **STRICKEN** from the Court's active docket.

This 7th day of November, 2023.



Signed By:
<u>*David L. Bunning*</u> *DB*
**United States District Judge**